Robert J. Yorio, Esq. (CA Bar No. 93178)
CARR & FERRELL, LLP
411 Borel Avenue, Suite 603
San Mateo, CA 94402
Tel: (650) 812-3400
Fax: (650) 812-3444
yorio@carrferrell.com

*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC.
DEFINED BENEFIT PLAN, ROBERT HESS,
AND MJ JAMIOLKOWSKI FLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP, <br><br> Plaintiffs, <br><br> v. <br><br> SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG, <br><br> Defendants. | Case No.: 3:23-mc-80054-LJC <br><br> **[PROPOSED] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS** |

Upon the application of Plaintiffs NBK Innovation XIII, LLC ("NBK"), Dojo Ventures Fund II, LLC ("Dojo"), SU Fund I, a series of Incisive Ventures LP ("Incisive"), Antonio Salerno and Susan Leiby (collectively "Salerno"), Alessco, Inc. Defined Benefit Plan ("Alessco"), Robert Hess ("Hess"), and MJ Jamiolkowski FLP ("Jamiolkowski") (collectively, "Plaintiffs") to have All-N-One Legal Support, a registered California process server whose business address is 1545 Wilshire Boulevard, Suite 715, Los Angeles, California 90017, be specially appointed to serve any Writs of Attachment, Bank Levies, or Writs of Execution in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' application is granted and All-N-One Legal Support is appointed to serve any Writs of Attachment, Bank Levies or Writs of Execution in this action.

DATED: April 20, 2023

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE