ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
411 Borel Avenue
San Mateo, CA 94402
Tel:(650) 812-3400
Fax: (650) 812-3444

*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC.
DEFINED BENEFIT PLAN, ROBERT HESS,
AND MJ JAMIOLKOWSKI FLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP,<br><br>Plaintiffs,<br><br>v.<br><br>SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG,<br><br>Defendants. | Case No.: 3:23-mc-80054-LJC<br><br>[~~PROPOSED~~ MODIFIED ORDER GRANTING IN PART AND DENYING IN PART AS PLAINTIFFS' ADMINISTRATIVE MOTION (1) TO ADVANCE THE HEARING DATE ON DEFENDANT AFONSO INFANTE'S MOTIONS TO QUASH AND FOR DISMISSAL AND (2) TO ORDER CHARLES SCHWAB & CO., INC. TO HOLD DEFENDANT INFANTE'S ACCOUNT ASSETS UNTIL THIS COURT'S DECISION ON AFONSO INFANTE'S MOTIONS<br><br>CURRENT HEARING DATE: May 7, 2024<br>TIME:        10:30 a.m.<br>JUDGE:     Honorable Lisa J. Cisneros<br>DEPT.:      Courtroom G, 15th Floor |

WHEREAS Plaintiffs NBK INNOVATION XIII, LLC, et al. ("Plaintiffs") filed their

Administrative Motion (1) to Advance the Hearing Date on Defendant Afonso Infante's Motions to

Quash and for Dismissal; and (2) to Order Charles Schwab & Co., Inc. to Hold Account Assets

until this Court issues its Decision on Afonso Infante's Motions;

1

WHEREAS the Court has considered the Administrative Motion and the supporting Declaration of Robert J. Yorio, and good cause appearing therefore,

The Court grants the Administrative Motion (1) to Advance the Hearing Date on Defendant Afonso Infante's Motions to Quash and for Dismissal to December 12, 2023 at 10:30 am in Courtroom G; and (2) to Order Charles Schwab & Co., Inc.to Hold Account Assets until this Court's Decision on Afonso Infante's Motions.  The Court denies Plaintiff's motion for a hold without prejudice.  Plaintiff's briefing in support of its request does not explain the legal authority that permits this Court to impose a hold on the Schwab account.

IT IS SO ORDERED.

Dated: November 15, 2023

_____
Honorable Lisa J. Cisneros
Magistrate Judge of the United States District Court