UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUAVEI, INC., et al.,<br><br>    Defendants. | Case No. 23-mc-80054-LJC<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO DELAY HEARING DATE; DENYING AS MOOT MOTION TO QUASH MODIFIED ORDER FOR LACK OF PROPER SERVICE**<br><br>Re: ECF Nos. 35, 36 |

Before the Court are two recent motions filed by Defendant Afonso Infante concerning the hearing date for Mr. Infante's Motion to Quash Writs of Execution and Subpoenas and Dismiss Case with Prejudice (Motion to Quash). ECF No. 22. The first motion seeks to "quash" the Court's Modified Order issued on November 15, 2023 (ECF No. 32), which advanced the hearing on the Motion to Quash from May 7, 2024 to December 12, 2023. ECF No. 35. The second is an administrative motion to delay the December 12, 2023 hearing date. ECF No. 36.

The Court hereby **GRANTS** Mr. Infante's administrative motion and postpones the hearing date on the Motion to Quash to December 19, 2023, at 10:30 a.m. in San Francisco, California, Courtroom G, 15th Floor. In his motion to quash the Court's Modified Order, Mr. Infante requests that the Court "establish a new hearing date in compliance with the applicable service rules." ECF No. 35 at 5. Given that the Court has already granted Mr. Infante's administrative motion and rescheduled the December 12, 2023 hearing date, the motion to quash the Court's Modified Order is **DENIED AS MOOT**. All accompanying deadlines as well as the January 11, 2024 hearing date for the motion to quash the Court's Modified Order are terminated.

Mr. Infante has been manually filing documents in this matter, although it is unclear whether he has personally delivered them to the Clerk of the Court for filing or whether he has

mailed these documents in for processing and filing by the Clerk.  Presumably, this means that Mr. Infante is not registered as an ECF user and has not received Notice of Electronic Filings for orders issued and filed by the Court so far.  Under Local Rule 5-1(h)(3), for pro se parties who are not ECF users in a particular case, manual service of orders issued and filed by the Court is appropriate.  The only address the Court has for Mr. Infante is in Costa Rica, although he has also provided the Court with an email address.  Mail service to international addresses is known to be at times a complex process that may lead to delays in the successful adjudication of this matter.

So that service of this Order can be completed in the most expeditious and effective manner possible, the Clerk shall serve Mr. Infante at the mailing address of record ***and*** Mr. Infante's email address.  See Local Rule 5-1(h)(2) (allowing service by email where the recipient consented in writing to such service).  For purposes of this Order only, the Court construes Mr. Infante's provision of his email address to this Court to be his agreement to service by that method.  Mr. Infante has included the email address waveforce443@protonmail.com on the caption pages for his motions, and the Court also notes that he has communicated with Plaintiffs' counsel using this same email address.  See ECF Nos. 29, 35, 36.  Moving forward, Mr. Infante is **ORDERED** to register as an ECF user by December 12, 2023.  If there are any obstacles that prevent Mr. Infante from registering as an ECF user and utilizing the ECF system, he shall file, no later than December 12, 2023, a declaration under penalty of perjury with the Court of no more than three pages that sets forth the facts indicating the barriers that he faces.  Alternatively, Mr. Infante may confirm in writing whether he consents to receive service of orders by the Court via email.  Plaintiffs may respond to any filing from Mr. Infante by December 15, 2023.

**IT IS SO ORDERED.**

Dated: November 30, 2023

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2