UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUAVEI, INC., et al.,<br><br>    Defendants. | Case No. 23-mc-80054-LJC<br><br>**ORDER GRANTING MOTION TO ATTEND HEARING VIA ZOOM AND CONTINUING HEARING DATE ON MOTION TO QUASH**<br><br>Re: ECF No. 39 |

On December 6, 2023, Defendant Afonso Infante filed an administrative motion pursuant to Local Rule 7-11 requesting permission to attend the hearing in connection with his Motion to Quash Writs of Execution and Subpoenas and Dismiss Case with Prejudice (Motion to Quash) (ECF No. 22) via Zoom. ECF No. 39. That hearing is currently scheduled for December 19, 2023, at 10:30 a.m. Plaintiffs NBK Innovation XIII, LLC et al. filed no opposition to or support for the motion. Accordingly, the motion is **GRANTED** and the hearing on the Motion to Quash will be held via Zoom videoconference. Instructions on how to join hearings before the Court held via Zoom can be found at https://cand.uscourts.gov/judges/lisa-j-cisneros-ljc/. In addition, the hearing on the Motion to Quash is hereby **CONTINUED** to January 25, 2024, at 1:30 p.m.

//
//
//
//
//
//
//

With respect to the manner of service of orders by the Court, which is disputed by Mr. Infante in his Declaration in response to the Court's Order granting the Administrative Motion to Delay Hearing Date (ECF No. 43), the Court defers ruling on the issue given that Plaintiffs have until December 15, 2023 to respond.

**IT IS SO ORDERED.**

Dated: December 13, 2023

LISA J. CISNEROS
United States Magistrate Judge