UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUAVEI, INC., et al.,<br><br>Defendants. | Case No. 23-mc-80054-HSG<br><br>**ORDER TERMINATING AS MOOT MOTION TO ADVANCE HEARING DATES**<br><br>Re: Dkt. No. 89 |

Pending before the Court is Plaintiffs' motion to advance the hearing dates on several of Defendant Afonso Infante's pending motions. Dkt. No. 89. Defendant Infante has filed several motions since the Court denied his initial motion to quash in April 2024. *See* Dkt. No. 66. The following motions remain pending:

- Motion to Quash the Order for Appearance and Examination of Charles Schwab Inc. & Co. (Dkt. No. 67);
- Motion to Stay the Subpoena served on Charles Schwab & Co. (Dkt. No. 70);
- Motion for Reconsideration of the Court's Order denying Defendant Infante's previous Motion to Quash the Subpoena served on TD Ameritrade and to Dismiss the case (Dkt. No. 71);
- Motion for Release of Garnishment (Dkt. No. 81); and
- Motion for Granting Motion for Reconsideration of Order Denying Motion to Quash (Dkt. No. 84).

For clarity, the Court notes that the Motion to Stay the Subpoena served on Charles Schwab & Co., Dkt. No. 70, has been referred to Judge Ryu, and the October 31, 2024, hearing

date has already been vacated.  The Court further takes the Motion for Release of Garnishment, Dkt. No. 81, under submission and **VACATES** the October 24, 2024, hearing date.  Therefore, at this time, all pending motions have been taken under submission and written orders will issue as soon as practicable.  The Court accordingly **TERMINATES AS MOOT** Plaintiffs' motion to advance the hearing dates for these motions.

**IT IS SO ORDERED.**

Dated: 9/12/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge