UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUAVEI, INC., et al., <br><br> Defendants. | Case No. 23-mc-80054-HSG <br><br> **ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS** <br><br> Re: Dkt. No. 125 |

On June 18, 2025, Afonso Infante filed a notice of appeal of this Court's May 22, 2025, omnibus order denying his motions for reconsideration, motions to quash, and motions for recusal. *See* Dkt. No. 126. Mr. Infante also filed a motion for permission to proceed in forma pauperis ("IFP") on appeal. *See* Dkt. No. 125; *see also* Federal Rule of Appellate Procedure 24(a)(1). The Court finds the issues presented by the appeal are frivolous and that the appeal is not taken in good faith. *See* 28 U.S.C. §§ 1915(a)(3), (e)(2)(B)(i); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, the Court **DENIES** leave to proceed in IFP status on appeal. Dkt. No. 125.

**IT IS SO ORDERED.**

Dated:   6/26/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge